IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RODOLFO MOLINA, JR. | ) | |
| | ) | |
| v. | ) | 3:05-CV-477-P |
| | ) | |
| DAN JOSLIN, Warden | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this _8th_ day of _June_, 2005.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE