IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RODOLFO MOLINA, JR. | ) | |
| | ) | |
| v. | ) | 3:05-CV-477-P |
| | ) | |
| DAN JOSLIN, Warden | ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED THAT Petitioner's Notice of Default and Opportunity to Cure is denied.

Signed this 15th day of July, 2005.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE